**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| STATE OF ALASKA, *Plaintiff-Appellant*, and FREEZER LONGLINE COALITION; ALASKA SEAFOOD COOPERATIVE; THE GROUNDFISH FORUM; ALASKA GROUNDFISH COOPERATIVE; CASCADE FISHING, INC.; M/V SAVAGE INC.; OCEAN PEACE, INC.; THE FISHING COMPANY OF ALASKA, INC.; ALASKA JURIS, INC.; ALASKA SPIRIT, INC., Washington corporations; UNITED STATES SEAFOODS, LLC; ALASKA ALLIANCE, LLC; ALASKA LEGACY, LLC; SEAFREEZE ALASKA 1, LLC; ALASKA VAERDAL, LLC; IQUIQUE U.S., LLC; UNIMAK VESSEL, LLC; CAPE HORN VESSEL, LLC; REBECCA IRENE VESSEL, LLC; TREMONT VESSEL, LLC; ARICA VESSEL, LLC, Washington limited liability companies; FCA HOLDINGS, INC., an Alaska corporation; | No. 12-35201 D.C. Nos. 3:10-cv-00271-TMB 3:11-cv-00001-TMB 3:11-cv-00004-TMB |

O'HARA CORPORATION, a Maine
corporation; AK VICTORY, INC.,
a Washington corporation,
                    *Plaintiffs*,

                    v.

JANE LUBCHENCO, in her official
capacity as Administrator,
National Oceanic and
Atmospheric Administration;
NATIONAL MARINE FISHERIES
SERVICE; JAMES W. BALSIGER, in
his official capacity as NMFS
Alaska Region Administrator;
PENNY PRITZKER, in her official
capacity as United States
Secretary of Commerce,[*]
          *Defendants-Appellees*,

OCEANA; GREENPEACE INC.,
          *Intervenor-Defendants–
                    Appellees*.

---

[*] Secretary of Commerce Penny Pritzker is substituted for her predecessor, Gary Locke, pursuant to Federal Rule of Appellate Procedure 43(c)(2).

STATE OF ALASKA; FREEZER
LONGLINE COALITION,
                    *Plaintiffs*,


            and


ALASKA SEAFOOD
COOPERATIVE; THE GROUNDFISH
FORUM; ALASKA GROUNDFISH
COOPERATIVE; CASCADE
FISHING, INC.; M/V SAVAGE
INC.; OCEAN PEACE, INC.; THE
FISHING COMPANY OF ALASKA,
INC.; ALASKA JURIS, INC.;
ALASKA SPIRIT, INC.,
Washington corporations;
UNITED STATES SEAFOODS, LLC;
ALASKA ALLIANCE, LLC;
ALASKA LEGACY, LLC;
SEAFREEZE ALASKA 1, LLC;
ALASKA VAERDAL, LLC;
IQUIQUE U.S., LLC; UNIMAK
VESSEL, LLC; CAPE HORN
VESSEL, LLC; REBECCA IRENE
VESSEL, LLC; TREMONT VESSEL,
LLC; ARICA VESSEL, LLC,
Washington limited liability
companies; FCA HOLDINGS,
INC., an Alaska corporation;
O'HARA CORPORATION, a Maine
corporation; AK VICTORY, INC.,
a Washington corporation,
                    *Plaintiffs-Appellants*,

No. 12-35203

D.C. Nos.
3:10-cv-00271-TMB
3:11-cv-00001-TMB
3:11-cv-00004-TMB

v.

JANE LUBCHENCO, in her official
capacity as Administrator,
National Oceanic and
Atmospheric Administration;
NATIONAL MARINE FISHERIES
SERVICE; JAMES W. BALSIGER, in
his official capacity as NMFS
Alaska Region Administrator;
PENNY PRITZKER, in her official
capacity as United States
Secretary of Commerce,
        *Defendants-Appellees*,

OCEANA; GREENPEACE INC.,
        *Intervenor-Defendants–*
        *Appellees*.

---

STATE OF ALASKA; ALASKA
SEAFOOD COOPERATIVE; THE
GROUNDFISH FORUM; ALASKA
GROUNDFISH COOPERATIVE;
CASCADE FISHING, INC.; M/V
SAVAGE INC.; OCEAN PEACE,
INC.; THE FISHING COMPANY OF
ALASKA, INC.; ALASKA JURIS,
INC.; ALASKA SPIRIT, INC.,
Washington corporations;
UNITED STATES SEAFOODS, LLC;
ALASKA ALLIANCE, LLC;
ALASKA LEGACY, LLC;

No. 12-35204

D.C. Nos.
3:10-cv-00271-TMB
3:11-cv-00001-TMB
3:11-cv-00004-TMB

ORDER
AMENDING
OPINION

SEAFREEZE ALASKA 1, LLC;
ALASKA VAERDAL, LLC;
IQUIQUE U.S., LLC; UNIMAK
VESSEL, LLC; CAPE HORN
VESSEL, LLC; REBECCA IRENE
VESSEL, LLC; TREMONT VESSEL,
LLC; ARICA VESSEL, LLC,
Washington limited liability
companies; FCA HOLDINGS,
INC., an Alaska corporation;
O'HARA CORPORATION, a Maine
corporation; AK VICTORY, INC.,
a Washington corporation,
                    *Plaintiffs*,

and

FREEZER LONGLINE COALITION,
            *Plaintiff-Appellant*,

v.

JANE LUBCHENCO, in her official
capacity as Administrator,
National Oceanic and
Atmospheric Administration;
NATIONAL MARINE FISHERIES
SERVICE; JAMES W. BALSIGER, in
his official capacity as NMFS
Alaska Region Administrator;
PENNY PRITZKER, in her official

capacity as United States
Secretary of Commerce,
                    *Defendants-Appellees*,

OCEANA; GREENPEACE INC.,
           *Intervenor-Defendants–
                      Appellees.*

Filed October 16, 2013

Before: Mary M. Schroeder, M. Margaret McKeown,
and Richard C. Tallman, Circuit Judges.

**ORDER**

The Opinion filed July 23, 2013, appearing at 723 F.3d 1043, is amended as follows:

> 1.  At slip op. 10, in the fifth sentence of the third full paragraph;  723 F.3d at 1048, line 1, delete "will not" and insert "[are] not likely to" before "jeopardize."

> 2.  At slip op. 11, in the second sentence of the second full paragraph; 723 F.3d at 1048, line 4 of the second full paragraph, delete "do not jeopardize" and replace with "are not likely to jeopardize."

> 3.  At slip op. 24, in the second sentence of the first full paragraph; 723 F.3d at 1054, line

7 of the first full paragraph, delete "jeopardizing" and replace with "likely to jeopardize."

4. At slip op. 27, in the first sentence of the second full paragraph; 723 F.3d at 1055, line 2 of the fifth full paragraph, insert "likely" before "jeopardize."

With these amendments, the panel has voted to deny appellants' petition for panel rehearing. Judges McKeown and Tallman have voted to deny the petition for rehearing en banc, and Judge Schroeder has so recommended.

The full court has been advised of appellants' petition for rehearing en banc and no judge has requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 35.

Appellants' petition for panel rehearing and petition for rehearing en banc are denied. Further petitions for rehearing and rehearing en banc shall not be entertained.